# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| PORTLAND REGENCY, INC., ET AL., | ) |
| | ) |
| PLAINTIFFS | ) |
| | ) CIVIL NO. 2:12-CV-408-DBH |
| V. | ) |
| | ) |
| RBS CITIZENS, N.A., ET AL., | ) |
| | ) |
| DEFENDANTS | ) |

## ORDER ON DEFENDANT'S MOTION TO AMEND

The defendants' Motion for Leave to Amend Defendants' Motion for Summary Judgment in Part and Motion to Dismiss in Part (ECF No. 126) is **GRANTED**. The motion to amend was filed only one day after the underlying motion was filed. Whether the amendment will make any difference on the underlying motion and whether the changes in the Statement of Facts are really facts remain to be determined upon resolution of the underlying motion.

**SO ORDERED.**

**DATED THIS 29TH DAY OF OCTOBER, 2014**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**